UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUILDING CONCEPTS & DESIGN
CONSTRUCTION, INC.,

    Plaintiff,

v.                                      Case No: 8:06-cv-2157-T-23TGW

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Defendant.
_____/

## **ORDER**

      An order (Doc. 7) directed the plaintiff to show by December 26, 2006, why this action should not be dismissed for failure to respond to the defendant's motion to dismiss and for failure to prosecute. The order warned that failure to comply could result in dismissal of the action without further notice. The plaintiff has neither filed a response nor moved to extend the time for a response. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution. See Local Rule 3.10. The Clerk is directed to (1) terminate any pending motion and (2) close the file.

      ORDERED in Tampa, Florida, on December 29, 2006.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE

cc:     US Magistrate Judge